IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STEVEN WAYNE RUSSELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00484-TH |
| | § | |
| L. EDWARDS, K. WOODS, FNU STATHAM, T. RAINEY, FNU MEADOR, T. PHILLIPS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 13, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. No. 11), recommending this action be dismissed without prejudice for failure to comply with a Court Order and failure to prosecute. Plaintiff acknowledged receipt of this Report and Recommendation on June 3, 2019. (Doc. No. 12.) Thereafter, Plaintiff sought an extension of time to file an amended complaint and pay his filing fee. (Doc. No. 13.) The Court granted Plaintiff an extension until July 18, 2019 to file his amended complaint and either a trust account statement or pay the $400 filing fee. (Doc. No. 14.) Plaintiff acknowledged receipt of the Court's Order on June 21, 2019. (Doc. No. 15.) To date, Plaintiff has not submitted an amended complaint, a trust account statement, any further objections to the Magistrate Judge's Report and Recommendation, or the filing fee. The time period for Plaintiff to present such objections has past. Therefore, the Court adopts the Report

1

and Recommendation of the United States Magistrate Judge (Doc. No. 11) as the findings of the Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Doc. No. 11) be **ADOPTED** and that the above-styled civil action be **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

**SIGNED** this the **1** day of **August, 2019.**

_____
Thad Heartfield
United States District Judge